IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUMYARUPA DE and GIRISH ARVIND SHENVI, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES and LOREN K. MILLER, in their official capacity as Director of the Nebraska Service Center, <br><br> Defendants. | **4:21CV3295** <br><br><br> **ORDER** |

    This matter is before the Court on "Plaintiffs' Emergency Motion for Temporary Restraining Order Under the All Writs Act 28 U.S.C. § 1651(a)" (Filing No. 4). The plaintiffs request action by November 1, 2021. The defendants object (Filing No. 10) to the plaintiffs' motion and move the Court to deny it for lack of subject-matter jurisdiction and for failure to make a sufficient showing under Federal Rule of Civil Procedure 65.

    The plaintiffs have advised the Court they "did not intend to request an *ex parte* Temporary Restraining Order" and have conferred with defense counsel (Filing No. 9). The defendants request that the Court set an expedited response deadline that aligns with orders entered in similar cases. *See*, *e.g.*, *Chawdhury v. U.S. Citizenship and Immigration Services*, Case No. 4:21CV3294 (D. Neb. Oct. 21, 2021).

    Based on the foregoing,

    IT IS ORDERED:

    1.    The defendants shall respond to the plaintiffs' motion for a temporary restraining order (Filing No. 4) by 12:00 p.m. on Wednesday, October 27, 2021.

2. The plaintiffs shall file any response by 12:00 p.m. on Thursday, October 28, 2021.

Dated this 22nd day of October 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge